IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PACIFIC CENTURY INTERNATIONAL, LTD )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOE, )<br>)<br>Defendant. )<br>) | CASE NO.:<br><br>Judge:<br>Magistrate Judge:<br><br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Plaintiff PACIFIC CENTURY INTERNATIONAL, LTD, does not have a parent corporation. No publicly held company owns 10% or more of Plaintiff's stock.

Respectfully submitted,

PACIFIC CENTURY INTERNATIONAL, LTD

**DATED:** February 22, 2012

By:   /s/ Douglas M. McIntyre
Douglas M. McIntyre (Bar No. 13681800)
Attorney at Law
720 N. Post Oak, Rd
Ste 610
Houston, TX 77024
houstonbusinesslaw@gmail.com
T. 713-365-9886
F. 713-461-3697
*Attorney for Plaintiff*